UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SYLVESTER TRACKLING

VERSUS                            CIVIL ACTION NO.: 09-1035-JVP-CN

UNKNOWN TILLMAN

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated January 26, 2010 (doc. 4). Plaintiff has filed an objection which merely restates legal argument and does not require *de novo* factual findings under 28 U.S.C. § 636.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, plaintiff's action shall be **DISMISSED**, with prejudice, as frivolous pursuant to 28 U.S.C. § 1915(e).

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, ~~February~~ March 2nd 2010.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA