UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SYLVESTER TRACKLING

VERSUS   CIVIL ACTION NO.: 09-1035-JVP-CN

UNKNOWN TILLMAN

## JUDGMENT

For written reasons assigned and filed herein;

**IT IS ORDERED** that judgment is hereby entered in favor of defendant, Unknown Tillman, and against the plaintiff, Sylvester Trackling, and this action is hereby **DISMISSED**.

Baton Rouge, Louisiana, March 2, 2010.

_____
JAMES J. BRADY
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA